Marion HARGER, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 86526.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 13, 2006.

Marion Harger, Farmington Correctional Center, Farmington, MO, pro se.

Lisa M. Kennedy, Assistant Attorney General, Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

*ORDER*

PER CURIAM.

Movant, Marion Harger, appeals *pro se* from the judgment denying his Motion to Reopen Post–Conviction Proceedings. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b).